## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

UNITED STATES OF AMERICA      §

    VS      §      CRIMINAL NO. **L-05-1959**

**LESLEY MAGALY SCHROEDER-LOPEZ**      §
**a/k/a Maria Del Carmen Ruiz-Ortiz**

## O R D E R

BE IT REMEMBERED on this___27TH_____ day of _____OCTOBER_____, 2005___, the Court

reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the

United States Magistrate Judge filed **October 12, 2005**, wherein the defendant waived appearance before this

Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty

plea and Federal Rule of Criminal Procedure Rule 11 Allocution.  The magistrate judge recommends that the

plea of guilty be accepted by the undersigned, and noting no opposition by defendant  to the Report and

Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and

is hereby adopted.

SIGNED this the __27TH___ day of _____OCTOBER_____, 2005.


_____
George P. Kazen
United States District Judge